**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Walton Joseph Barnes II
Attorney at Law
P. O. Box 66
Greenwells Spr LA 70739

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00201-CA**

**WILLIAM E. PETERS, ET AL.**
**VERSUS**
**ALLEN PARISH SCHOOL BOARD, ET AL.**

**Appealed from Allen Parish Case No. C-2005-603**

**BEFORE JUDGES:**

  Hon. Oswald A. Decuir
  Hon. Jimmie C. Peters
  Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **William E. Peters, et al.** has this day been

  **DENIED.**

cc: Robert Lloyd Hammonds, Counsel for the Appellee
    Neal Lane Johnson, Jr., Counsel for the Appellee